**Order filed October 28, 2021**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00434-CV**
_____

**GIOVANNY LAGUAN, Appellant**

**V.**

**FORT BEND COUNTY, FORT BEND COUNTY EMERGENCY SERVICE DISTRICT #7, FORT BEND COUNTY GENERAL FUND, FORT BEND COUNTY DRAINAGE DISTRICT, FORT BEND COUNTY FRESH WATER SUPPLY DISTRICT #01, FORT BEND INDEPENDENT SCHOOL DISTRICT, AND MINNIE ROBINSON THOMPSON, Appellees**

---

**On Appeal from the 434th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-DCV-248912**

---

# O R D E R

No reporter's record has been filed in this case. The court reporter informed this court that appellant has not paid or made arrangements to pay for the record and is not appealing as indigent. On August 6, 2021, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof that a request to prepare the reporter's record had been made and proof of payment or indigency. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Wise, Bourliot, and Zimmerer.